**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 3:15-BK-01381-JAF |
| | § | |
| FRANK JOSEPH TONA | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/27/2015. The undersigned trustee was appointed on 03/27/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                                $7,500.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $0.00 |
    | Bank service fees | $26.89 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $7,473.11 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 10/29/2015 and the deadline for filing government claims was 09/23/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,500.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,500.00, for a total compensation of $1,500.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $56.24, for total expenses of $56.24.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/20/2016         By:  /s/ Robert Altman
                              Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit A

| Case No.: | 15-01381-JAF | Trustee Name: | Robert Altman |
|---|---|---|---|
| Case Name: | TONA, FRANK JOSEPH | Date Filed (f) or Converted (c): | 03/27/2015 (f) |
| For the Period Ending: | 5/20/2016 | §341(a) Meeting Date: | 05/08/2015 |
| | | Claims Bar Date: | 10/29/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | REGIONS BANK ACCOUNT 5492 | $1,079.69 | $0.00 | | $0.00 | FA |
| 2 | TWO TELEVISIONS, DVD PLAYER, REFRIGERATOR, FREEZER, STOVE, MICROWAVE, DISHWASHER, WASHING MACHINE, CLOTHES DRYER, VACUUM CLEANER, SOFA, LOVE SEAT, RECLINER, LIVING ROOM CHAIR, DESK, BOOK CASE, DINING ROOM SET, TWO BEDS, CHEST OF DRAWERS, MICROWAVE, DISHWARE, GLASSWARE, EATING UTENSILS, HUTCH, CHEST, DINETTE SET, TWO BAR STOOLS, PUB TABLE, COFFEE TABLE, LAPTOP CPU | $2,500.00 | $0.00 | | $0.00 | FA |
| 3 | PERSONAL PHOTOGRAPHS AND FAMILY PAINTINGS | $200.00 | $0.00 | | $0.00 | FA |
| 4 | ASSORTED CLOTHING | $100.00 | $0.00 | | $0.00 | FA |
| 5 | PRUDENTIAL TERM LIFE INSURANCE | $0.00 | $0.00 | | $0.00 | FA |
| 6 | ATC E&W, LLC 100% OWNERSHIP INTEREST TENANCY BY THE ENTIRETY | Unknown | $0.00 | | $0.00 | FA |
| 7 | FRANCO OF OCALA 100% OWNERSHIP INTEREST TENANCY BY THE ENTIRETY | Unknown | $0.00 | | $0.00 | FA |
| 8 | JASMINE PROPERTIES 30% OWNERSHIP INTEREST TENANCY BY THE ENTIRETY | Unknown | $0.00 | | $0.00 | FA |
| 9 | JASMINE SQUARE, INC. 30% OWNERSHIP INTEREST TENANCY BY THE ENTIRETY | Unknown | $0.00 | | $0.00 | FA |
| 10 | MAF OCALA, INC. 30% OWNERSHIP INTEREST TENANCY BY THE ENTIRETY | Unknown | $0.00 | | $0.00 | FA |
| 11 | CHARLES L. TONA REVOCABLE TRUST | $31,019.50 | $7,500.00 | | $7,500.00 | FA |
| 12 | 2002 JEEP CHEROKEE 125,000 MILES | $2,000.00 | $0.00 | | $0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 2      Exhibit A

| Case No.: | 15-01381-JAF | Trustee Name: | Robert Altman |
|---|---|---|---|
| Case Name: | TONA, FRANK JOSEPH | Date Filed (f) or Converted (c): | 03/27/2015 (f) |
| For the Period Ending: | 5/20/2016 | §341(a) Meeting Date: | 05/08/2015 |
| | | Claims Bar Date: | 10/29/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **TOTALS (Excluding unknown value)** | $36,899.19 | $7,500.00 | | $7,500.00 | **Gross Value of Remaining Assets** $0.00 |

**Major Activities affecting case closing:**

Notice of Trustee's Withdrawal of Motion to Compel Debtor to Turnover Property of the Estate and Objection to Debtor's Claim of Exemptions filed May 20, 2016.

Order Granting Motion to Approve Compromise of Controversy between the Trustee and debtor signed February 24, 2016.

Trustee's Notice of Compromise of Claims with the Debtor filed January 27, 2016. The compromise provides that debtor will pay the estate $7,500.00 within 30 days for the purchase of the debtor's interest in the Charles L. Tona Revocable Trust.

9/14/15: The attorney for the estate is pursuing the value of debtor's business interests.

Order Granting Motion of Robert Altman, Chapter 7 Trustee, to Extend Time Within Which the Chapter 7 Trustee and the United States Trustee may file a Complaint Objecting to Debtor's Discharge Under 11 U.S.C. Sec. 727 signed July 2, 2015 and extending the deadline unitl August 31, 2015.

Trustee's Motion to Compel Debtor to Turnover Property to the Trustee filed May 29, 2015 regarding all personalty.

Trustee's Objection to Debtor's Claim of Exemptions filed May 29, 2015 regarding all personalty.

Order Approving Application to Employ Jacob A. Brown as Special Attorney for the Estate signed May 15, 2015.

**Initial Projected Date Of Final Report (TFR):** 06/15/2016      **Current Projected Date Of Final Report (TFR):**

/s/ ROBERT ALTMAN

ROBERT ALTMAN

Case 3:15-bk-01381-JAF   Doc 56   Filed 06/07/16   Page 5 of 12

Page No: 1    Exhibit B

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-01381-JAF | | Trustee Name: | Robert Altman |
|---|---|---|---|---|
| Case Name: | TONA, FRANK JOSEPH | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6204 | | Checking Acct #: | ******8101 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 3/27/2015 | | Blanket bond (per case limit): | $32,583,498.00 |
| For Period Ending: | 5/20/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/22/2016 | (11) | Frank Tona | Trustee's Notice of Compromise of Claims with the Debtor filed January 27, 2016 | 1129-000 | $7,500.00 | | $7,500.00 |
| 02/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $2.73 | $7,497.27 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $12.09 | $7,485.18 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $12.07 | $7,473.11 |
| | | | **TOTALS:** | | $7,500.00 | $26.89 | $7,473.11 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $7,500.00 | $26.89 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $7,500.00 | $26.89 | |

| For the period of 3/27/2015 to 5/20/2016 | | For the entire history of the account between 02/22/2016 to 5/20/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $7,500.00 | Total Compensable Receipts: | $7,500.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,500.00 | Total Comp/Non Comp Receipts: | $7,500.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $26.89 | Total Compensable Disbursements: | $26.89 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $26.89 | Total Comp/Non Comp Disbursements: | $26.89 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-01381-JAF | Trustee Name: | Robert Altman |
|---|---|---|---|
| Case Name: | TONA, FRANK JOSEPH | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6204 | Checking Acct #: | ******8101 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 3/27/2015 | Blanket bond (per case limit): | $32,583,498.00 |
| For Period Ending: | 5/20/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $7,500.00 | $26.89 | $7,473.11 |

| For the period of 3/27/2015 to 5/20/2016 | | For the entire history of the case between 03/27/2015 to 5/20/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $7,500.00 | Total Compensable Receipts: | $7,500.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,500.00 | Total Comp/Non Comp Receipts: | $7,500.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $26.89 | Total Compensable Disbursements: | $26.89 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $26.89 | Total Comp/Non Comp Disbursements: | $26.89 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ ROBERT ALTMAN

ROBERT ALTMAN

# CLAIM ANALYSIS REPORT

| Case No.: | 15-01381-JAF | | | Trustee Name: | Robert Altman |
|---|---|---|---|---|---|
| Case Name: | TONA, FRANK JOSEPH | | | Date: | 5/20/2016 |
| Claims Bar Date: | 10/29/2015 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | JACOB A. BROWN, ESQ. Akerman, LLP 50 North Laura St., Suite 3100 Jacksonville FL 32202-3646 | 05/20/2016 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $0.00 | $2,500.00 | $2,500.00 | $0.00 | $0.00 | $0.00 | $2,500.00 |
| | JACOB A. BROWN, ESQ. Akerman, LLP 50 North Laura St., Suite 3100 Jacksonville FL 32202-3646 | 05/20/2016 | Attorney for Trustee Expenses (Other Firm) | Allowed | 3220-000 | $0.00 | $104.04 | $104.04 | $0.00 | $0.00 | $0.00 | $104.04 |
| | ROBERT ALTMAN P. O. Box 922 Palatka FL 32178-0922 | 05/20/2016 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $56.24 | $56.24 | $0.00 | $0.00 | $0.00 | $56.24 |
| | ROBERT ALTMAN P. O. Box 922 Palatka FL 32178-0922 | 05/20/2016 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $1,500.00 | $1,500.00 | $0.00 | $0.00 | $0.00 | $1,500.00 |
| 1 | RREF CB SBL II-FL FJT, LLC c/o Jones Walker LLp Attn: Mark Roher 201 S. Biscayne Blvd., Suite 2600 Miami FL 33131 | 09/22/2015 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $845,679.44 | $845,679.44 | $0.00 | $0.00 | $0.00 | $845,679.44 |

**Claim Notes:** (1-1) Money loaned-final judgment

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR Verizon PO Box 248838 Oklahoma City OK 73124-8838 | 10/12/2015 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,387.93 | $1,387.93 | $0.00 | $0.00 | $0.00 | $1,387.93 |
| 3 | AMERIS BANK P.O. Box 870 Georg ia 30475 | 10/13/2015 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,208,956.52 | $1,208,956.52 | $0.00 | $0.00 | $0.00 | $1,208,956.52 |

Page No: 2  Exhibit C

CLAIM ANALYSIS REPORT

| | | |
|---|---|---|
| **Case No.** | 15-01381-JAF | **Trustee Name:** Robert Altman |
| **Case Name:** | TONA, FRANK JOSEPH | **Date:** 5/20/2016 |
| **Claims Bar Date:** | 10/29/2015 | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | BANK OF THE OZARKS<br><br>P.O. Box 8811<br>Arkans as 72231-8811 | 10/23/2015 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $67,619.68 | $67,619.68 | $0.00 | $0.00 | $0.00 | $67,619.68 |
| 5 | BANK OF THE OZARKS<br><br>P.O. Box 8811<br>Arkans as 72231-8811 | 10/23/2015 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $47,109.36 | $47,109.36 | $0.00 | $0.00 | $0.00 | $47,109.36 |
| 6 | BANK OF THE OZARKS<br><br>P.O. Box 8811<br>Arkans as 72231-8811 | 10/23/2015 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $114,702.84 | $114,702.84 | $0.00 | $0.00 | $0.00 | $114,702.84 |
| 7 | BANK OF THE OZARKS<br><br>P.O. Box 8811<br>Arkans as 72231-8811 | 10/23/2015 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $619,711.38 | $619,711.38 | $0.00 | $0.00 | $0.00 | $619,711.38 |
| 8 | CAPITAL CITY BANK<br><br>PO BOX 900<br>Tallahassee FL 32302-0900 | 10/30/2015 | Tardy General Unsecured § 726(a)(3) | Allowed | 7200-000 | $0.00 | $199,342.72 | $199,342.72 | $0.00 | $0.00 | $0.00 | $199,342.72 |

**Claim Notes:** (8-1) money loaned-charged off 2011

| | | | | | |
|---|---|---|---|---|---|
| $3,108,670.15 | $3,108,670.15 | $0.00 | $0.00 | $0.00 | $3,108,670.15 |

# CLAIM ANALYSIS REPORT

| **Case No.** | 15-01381-JAF | **Trustee Name:** | Robert Altman |
| --- | --- | --- | --- |
| **Case Name:** | TONA, FRANK JOSEPH | **Date:** | 5/20/2016 |
| **Claims Bar Date:** | 10/29/2015 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
| --- | ---: | ---: | ---: | ---: | ---: | ---: |
| Attorney for Trustee Expenses (Other Firm) | $104.04 | $104.04 | $0.00 | $0.00 | $0.00 | $104.04 |
| Attorney for Trustee Fees (Other Firm) | $2,500.00 | $2,500.00 | $0.00 | $0.00 | $0.00 | $2,500.00 |
| General Unsecured § 726(a)(2) | $2,905,167.15 | $2,905,167.15 | $0.00 | $0.00 | $0.00 | $2,905,167.15 |
| Tardy General Unsecured § 726(a)(3) | $199,342.72 | $199,342.72 | $0.00 | $0.00 | $0.00 | $199,342.72 |
| Trustee Compensation | $1,500.00 | $1,500.00 | $0.00 | $0.00 | $0.00 | $1,500.00 |
| Trustee Expenses | $56.24 | $56.24 | $0.00 | $0.00 | $0.00 | $56.24 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:       3:15-BK-01381-JAF
Case Name:      FRANK JOSEPH TONA
Trustee Name:   Robert Altman

Balance on hand:          $7,473.11

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:          $0.00
Remaining balance:          $7,473.11

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Robert Altman, Trustee Fees | $1,500.00 | $0.00 | $1,500.00 |
| Robert Altman, Trustee Expenses | $56.24 | $0.00 | $56.24 |
| Jacob A. Brown, Esq., Attorney for Trustee Fees | $2,500.00 | $0.00 | $2,500.00 |
| Jacob A. Brown, Esq., Attorney for Trustee Expenses | $104.04 | $0.00 | $104.04 |

Total to be paid for chapter 7 administrative expenses:          $4,160.28
Remaining balance:          $3,312.83

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:          $0.00
Remaining balance:          $3,312.83

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims:          $0.00

**UST Form 101-7-TFR (5/1/2011)**

|                          | Remaining balance: | $3,312.83 |
|---|---|---|

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $2,905,167.15 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | RREF CB SBL II-FL FJT, LLC | $845,679.44 | $0.00 | $964.35 |
| 2 | American InfoSource LP as agent for | $1,387.93 | $0.00 | $1.58 |
| 3 | Ameris Bank | $1,208,956.52 | $0.00 | $1,378.60 |
| 4 | Bank of the Ozarks | $67,619.68 | $0.00 | $77.11 |
| 5 | Bank of the Ozarks | $47,109.36 | $0.00 | $53.72 |
| 6 | Bank of the Ozarks | $114,702.84 | $0.00 | $130.80 |
| 7 | Bank of the Ozarks | $619,711.38 | $0.00 | $706.67 |

|  | Total to be paid to timely general unsecured claims: | $3,312.83 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $199,342.72 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 8 | CAPITAL CITY BANK | $199,342.72 | $0.00 | $0.00 |

|  | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

**UST Form 101-7-TFR (5/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**